# NO. 12-20-00048-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL DEWAYNE MCCOLLISTER,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*

Michael Dewayne McCollister appeals the trial court's assessment of costs following his conviction for aggravated sexual assault. In one issue, Appellant argues that the trial court improperly assessed costs for the "county specialty court account" and the "courthouse security fund." We modify and affirm as modified.

### BACKGROUND

Appellant was charged by indictment with aggravated sexual assault and pleaded "not guilty." The matter proceeded to a jury trial. Ultimately, the jury found Appellant "guilty" as charged and assessed his punishment at imprisonment for thirty years. The trial court sentenced Appellant accordingly, and this appeal followed.

### COURT COSTS

In his sole issue, Appellant argues that the trial court improperly assessed costs for the "county specialty court account" and the "courthouse security fund." The State concedes that these fees were assessed erroneously and, further, acknowledges that all applicable fees authorized under the "Local Consolidated Fee on Conviction of Felony" should not have been assessed. We agree.

The commission date of the offense for which Appellant was convicted is April 28, 2019. The Local Consolidated Fee on Conviction of Felony applies only to defendants who are convicted of offenses committed on or after January 1, 2020. *See Hayes v. State*, No. 12-20-00222-CR, 2021 WL 1418400, at *2 (Tex. App.–Tyler Apr. 14, 2021, no pet. h.) (mem. op., not designated for publication) (citing TEX. LOC. GOV'T CODE ANN. § 134.101 (West Supp. 2020)). Section 134.101 assesses an additional $105 fee for a person who is convicted of a felony. *See* TEX. LOC. GOV'T CODE ANN. § 134.101(a). That fee is to be allocated to the following specific accounts and funds: the clerk of the court account, the county records management and preservation fund, the county jury fund, the courthouse security fund, the county and district court technology fund, and the county specialty court account. *See id.* § 134.101(b).

In the instant case, the judgment reflects that the trial court assessed $601.50 in court costs. The judgment includes a document identified as "Attachment A Order to Withdraw Funds," which states that Appellant has incurred "[c]ourt costs, fees and/or fines and/or restitution" in the amount of $601.50. The certified bill of costs includes the following costs assessed pursuant to Section 134.101: $40.00 Clerk of the Court; $4.00 County and District Court Technology Fund; $1.00 County Jury Fund; $25.00 County Records Management and Preservation; $25.00 County Specialty Court Account; and $10.00 Courthouse Security Fund. *See id.* The sum of these costs is $105.00. Because the offense in this case was committed before January 1, 2020, Appellant is not obligated to pay the "Local Consolidated Fee on Conviction of Felony." *See Hayes*, 2021 WL 1418400, at *2. Accordingly, we will modify the trial court's judgment and Order to Withdraw to reflect the removal of these fees. *See* TEX. R. APP. P. 43.2(b); *Reyes v. State*, 324 S.W.3d 865, 868 (Tex. App.–Amarillo 2010, no pet.). Appellant's sole issue is sustained.

## CONCLUSION

Having sustained Appellant's sole issue, we *modify* the trial court's judgment to reflect that the amount of court costs is $496.50. We also *modify* Attachment A Order to Withdraw Funds to state that the total amount of "court costs, fees and/or fines and/or restitution" is $496.50. We *affirm* the trial court's judgment *as modified*.

**GREG NEELEY**
Justice

Opinion delivered May 12, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 12, 2021**

**NO. 12-20-00048-CR**

**MICHAEL DEWAYNE MCCOLLISTER,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 241st District Court

of Smith County, Texas (Tr.Ct.No. 241-1056-19)

THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that the judgment of the court below should be modified and as modified, affirmed.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be **modified** to reflect that the amount of court costs is $496.50. We also **modify** Attachment A Order to Withdraw Funds to state that the total amount of "court costs, fees and/or fines and/or restitution" is $496.50; in all other respects the judgment of the trial court is **affirmed**; and that this decision be certified to the court below for observance.

Greg Neeley, Justice.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*